UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 10 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * Court No. CCB-06-0359 |
| Keisha Renee Lyles, | * |
| Defendant and Judgment Debtor, | * |
| and | * |
| Change Holding Inc. 2401 Libery Heights Road, Ste. 4670 Baltimore, MD 21215 | * |
| Garnishee. | * |

## ANSWER OF THE GARNISHEE

SULE, MOJISOLA  BEING DULY SWORN DEPOSES AND SAYS:

(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____  _____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _Employee_ of Garnishee, __CHANGE HOLDINGS INC__

a corporation, organized under the laws of the State of __Maryland__

On __April 2__, 2012, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No

1. Judgment Debtor was in my/our employ.

2. Pay period is _____ weekly, _____ bi-weekly __✓__ semi-monthly, _____ monthly. Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

   Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                    $ __1,300__
   (b) Federal income tax           $ __10.24__
   (c) F.I.C.A. income tax          $ __73.45__
   (d) State income tax             $ __20.73__
   Total of tax withholdings        $ __104.42__
   Net Wages                        $ __1,195.58__
   (a less total of b,c,d)

4. Have there been previous garnishments in effect.
   If the answer is yes, describe below.
   __No__

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

_____ [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to

Judgment Debtor upon Judgment Creditor's claim:]

✓ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, KEISHA LYLES, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Keisha Renee Lyles at 2 Woodshire Court, Baltimore, MD 21244, and (2) the attorney for the United States, Allen F. Loucks, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
Garnishee

Subscribed and sworn to before me this

2nd day of April 2012.

_____
Notary Public

My Commission expires: THOMAS C. COOK
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires December 15, 2012

ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

>Clerk, United States District Court
>U.S. Courthouse, Room 4228
>4th Floor
>Baltimore, Maryland  21201

Make your check payable to:

>Clerk of the Court

and mail your check to:

>U.S. Clerk of the Court
>U.S. Courthouse
>101 W. Lombard Street
>Fourth Floor Room 4428
>Baltimore, Maryland  21201
>Attn: Finance Section
>Court No. CCB-06-0359