## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | **Court No. CCB-06-0359** |
| Keisha Renee Lyles | : | |
| Defendant. | : | |

.............

### ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal,

interest, and costs, as PAID, SETTLED, and SATISFIED.  The defendant is hereby released

from any lien created by the Notice of Lien recorded on December 27, 2006, Lien No.

03-L-06-012625, with the Circuit Court for Baltimore County.


Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____

Allen F. Loucks
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 03094