## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of January, 2014, I caused a copy of the foregoing to be served by first class mail to:

Keisha Renee Lyles
Baltimore, MD 21244

Allen F. Loucks
Assistant United States Attorney